JM   /4DFG

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re: JOEL WRIGHT											Case No: 4:22-bk-10134 J

OBJECTION TO CONFIRMATION
OF INITIAL PLAN

Comes now Mark T. McCarty, Chapter 13 Standing Trustee who would show the Court the following for which relief is sought. It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1. 11 U.S.C. §1325(a)(5). **The plan does not schedule or provide for the secured claim of the Arkansas Department of Finance and Administration, court claim #1.**

2. 11 U.S.C. §1307(c)(4). **Debtor failed to make timely payments into the plan.**

Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. §1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

PREMISES CONSIDERED, Mark T. McCarty, Standing Chapter 13 Trustee prays:
1. That the Court set this objection for a hearing.
2. That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. §1307 or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.
3. That the Chapter 13 Trustee be granted such other and further relief to which he may be entitled.

Dated: 3/8/2022

/s/ Mark T. McCarty
CHAPTER 13 TRUSTEE

cc:   Joel Wright
      904 Spring Street
      Benton, AR  72015

      American Bankruptcy Associates Pllc   (Noticed by ECF)
      2615 N Prickett Road Suite 2
      Bryant, AR  72022